IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| KATHERINE SCHNEFKE,<br>individually and on behalf of all others<br>similarly situated,<br><br>        Plaintiff,<br><br>vs.<br><br>STANLEY CHAO, FIRST LOAN,<br>NP FINANCE, LLC,<br>UNKNOWN ACH PROCESSOR, and<br>JOHN DOES 1–10,<br><br>        Defendants. | Case No. 3:23-CV-2653-MAB |

## **JUDGMENT IN A CIVIL CASE**

**DECISION BY COURT.**

      **IT IS ORDERED AND ADJUDGED** that pursuant to the Notice of Dismissal filed on November 20, 2023 (Doc. 12) and Federal Rule of Civil Procedure 41(a)(1)(a)(i), Plaintiff's individual claims are **DISMISSED with prejudice** and the putative class claims are **DISMISSED without prejudice**, each party to bear its own costs and fees.

      DATED: November 22, 2023

                                          **MONICA A. STUMP,**
                                          **Clerk of Court**

                                          BY:  /s/ Jennifer Jones
                                                    **Deputy Clerk**

APPROVED:  /s/ Mark A. Beatty
                  **MARK A. BEATTY**
                  **United States Magistrate Judge**